AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

**APPEARANCE**

Case Number: 08mj1984

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HAMILTON SILVA-VASQUEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1984 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| HAMILTON SILVA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  July 2, 2008                               /s/ Erick L. Guzman
                                                                ERICK L. GUZMAN
                                                                Federal Defenders
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                E-mail: erick_guzman@fd.org